**Exhibit "4"**
Form of Stipulation Relating to Order and Permanent Injunction

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 17 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, et al.,

Docket No.:
1:16-CV-06981(ILG)(LB)

                Plaintiffs,

-against-

JAMAICA AVENUE CHIROPRACTIC, P.C., et al.,

                Defendants.
----------------------------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively referred to as "Plaintiff") and counsel for Defendants Mark Heyligers, D.C., David Kreshover, D.C., and Jamaica Avenue Chiropractic, P.C. (collectively referred to as the "Chiropractic Defendants") as follows: (i) Chiropractic Defendants hereby appear in this action through its counsel, Douglas M. Nadjari Esq., Ruskin, Moscou, Faltischek, P.C., 1425 RXR Plaza, Uniondale, New York 11556, and (ii) Chiropractic Defendants consent to the jurisdiction of this Court and to the entry of the Order and Permanent Injunction in the form attached as Exhibit "3."

Dated: April 13, 2017

RIVKIN RADLER LLP

By: _____

Michael A. Sirignano, Esq.
Frank P. Tiscione, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____

Douglas M. Nadjari, Esq.
1425 RXR Plaza
Uniondale, New York 11556-1425

*Counsel for Defendants*

So ordered
I. L. Glasser
U.S.D.J.
4/14/17

24